**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**

**KA 03-1272**

**STATE OF LOUISIANA**

**VERSUS**

**AARON S. STOGNER**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 99-4348
HONORABLE DONALD WAYNE HEBERT, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**JOHN D. SAUNDERS**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

**AFFIRMED.**

**Paula Corley Marx**
**Louisiana Appellate Project**
**P. O. Box 80006**
**Lafayette, LA 70598-0006**
**(337) 991-9757**
**Counsel for: Defendant Appellant**
**Aaron S. Stogner**

**Earl B. Taylor**
**District Attorney, 27th J.D.C.**
**P. O. Drawer 1968**
**Opelousas, LA 70571-1968**
**(337) 948-3041**
**Counsel for: Plaintiff Appellee**
**State of Louisiana**

**Alisa Ardoin Gothreaux**
**Asst. District Atty. 27th JDC**
**P. O. Drawer 1968**
**Opelousas, LA 70571-1968**
**(337) 948-0551**
**Counsel for: Plaintiff Appellee**
**State of Louisiana**

**Aaron S. Stogner**
**Louisiana State Penitentiary**
**Main Prison Oak-2**
**Angola, LA 70712**
**Defendant Appellant**